SEALED

# UNITED STATES DISTRICT COURT

for the
District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 13 2014

JULIA C. DUDLEY, CLERK
BY: _A.F. Clark_
DEPUTY CLERK

__Western__

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Cellular Telephone Accounts Associated
With Telephone Numbers (276) 274-9815,
(276) 525-5237 and (276) 608-4291

)
)
)
)
)
)

Case No. 1:14MJ55

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of __New Jersey__ *(identify the person or describe property to be searched and give its location):*

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __Title 21__ U.S.C. § __841, 846__ , and the application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_Christopher L. Parks, DEA, TFO_
*Applicant's Signature*

Christopher L. Parks, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3/13/14__

City and state: __Abingdon, Virginia__

_Pamela Meade Sargent_
*Judge's signature*

Pamela Meade Sargent, US Magistrate Judge
*Printed name and title*

## **ATTACHMENT A**

### **Particular Verizon Wireless Accounts to Be Searched**

This warrant applies to records and other information (including the contents of communications) for the Verizon Wireless accounts associated with the telephone number[s]:

### **(276) 274-9815, (276) 525-5237, (276) 608-4291**

(February 22, 2014 to present)

to the extent that such records and other information are within the possession, custody, or control of Verizon Wireless, located at 180 Washington Valley Rd., Bedminster, New Jersey, 07921.  Verizon Wireless is required to disclose to the government, for each such account:

    a.    All text messages stored and presently contained in, or on behalf of the account;

    b.    All text messaging logs, including date and time of messages, and identification numbers associated with the handsets sending and receiving the message;

## **ATTACHMENT B**

### **Particular Things to be Seized**

All fruits, evidence and instrumentalities of violations of the statutes listed on the application, including (for each account identified on Attachment A):

1.    The contents of all records or other information stored in the account, including copies of text messages in the account, relating to:

      a.   Text messages relating to the distribution of controlled substances and any conspiracy to distribute controlled substances.

# SEALED

## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF VIRGINIA

### Abingdon Division

| | | |
|---|---|---|
| IN THE MATTER OF SEARCH OF | ) | UNDER SEAL |
| STORED ELECTRONIC | ) | |
| COMMUNICATIONS (TEXT | ) | Case No. 1:14mj55 |
| MESSAGES) OF TELEPHONE | ) | |
| NUMBER(S) – (276) 274-9815, | ) | |
| (276) 525-5237, (276) 608-4291 | ) | |

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR SEARCH WARRANT AND SEARCH WARRANT

I, Christopher L. Parks, Task Force Officer, United States Department of Justice, Drug Enforcement Administration, being duly sworn, do depose and state as follows:

I make this affidavit in support of an application for a search warrant for certain accounts controlled by Cellco Partnership dba Verizon Wireless, a cellular provider headquartered at 180 Washington Valley Road, Bedminster, New Jersey, 07921. The accounts to be searched are described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Verizon Wireless to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts, including the contents of communications.

I am a Task Force Officer for the United States Drug Enforcement Administration (DEA) and have been assigned this position for approximately one (1) year. I have been employed by the Abingdon Police Department (APD) for approximately thirteen (13) years with the previous eight (8) years being assigned to investigate drug cases. Prior to working for the APD I worked for approximately one (1) year for the Glade Spring Virginia Police Department and Virginia Highlands Community College Campus Police.

I was trained as a Police Officer at the Southwest Virginia Criminal Justice Training Academy in Bristol, Virginia. During my training at the law enforcement academy I received specialized training in drug laws and drug recognition. Over the past thirteen (13) years I have attended several classes/courses specializing in techniques and procedures to investigate drug cases. This training includes courses that directly relate to possession, manufacturing and distribution of drugs and their subsidiaries and include the drugs, marijuana, cocaine, heroin, methamphetamine and prescription drugs. For the past five (5) years I have taught at the law enforcement academy. The course I teach is drug identification and recognition.

1

During my employment as Police Officer/Task Force Officer I have directed/participated in numerous investigations involving the seizure of the above listed controlled substances, the seizure of narcotic related records and other types of evidence that document a criminal organization's activities in both the manufacturing, possessing and distribution of controlled substances.

To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance and various types of informants and cooperating sources. Through these investigations, my training and experience, and conversations with other experienced Agents and law enforcement personnel, I have become familiar with the methods used by traffickers to smuggle and safeguard narcotics, to distribute narcotics, and collect and launder related proceeds. I am aware of the sophisticated tactics they routinely use to attempt to thwart any investigation of their narcotics organizations. My knowledge of these tactics, which include the utilization of numerous different cellular telephones, beepers, counter surveillance, elaborately planned distribution schemes tied to legitimate businesses, false or fictitious identities, and coded communications and conversations, has been particularly useful and relevant to this investigation.

The information contained in this affidavit is based on my personal observations, observations of other law enforcement officers, observations of Cooperating Sources (CS) as related to me, my review of official police and government reports, my review of records and documents gathered during this investigation, and consultation with other Agents involved in the investigation.

This affidavit contains information necessary to support probable cause for the search warrant. The information contained in this affidavit is not intended to include each and every fact and matter observed by or known to the United States.

This affidavit is submitted in support of a request that a search warrant be issued for the stored electronic communications, specifically text messages, associated with the cellular telephone(s) bearing telephone number(s) (276) 274-9815 (hereinafter referred to as Target Telephone #1), (276) 525-5237 (hereinafter referred to as Target Telephone #2) and (276) 608- 4291 (hereinafter referred to as Target Telephone #3). These telephone numbers are serviced by Verizon Wireless.

Subscriber information for Target Telephone #1 is Tracey Spencer. Target Telephone #1 is utilized by Michael Allen WARREN, aka "LARD", a methamphetamine distributor in Abingdon, VA. Tracey Spencer is known to law enforcement as the girlfriend of Michael WARREN.

Subscriber information for Target Telephone #2 is unavailable (resold to OAS Phone in the Box). Target Telephone #2 is believed to be used by Summer DELP, a methamphetamine distributor for Michael WARREN in Abingdon and Bristol, VA.

Subscriber information for Target Telephone #3 is unknown. Target Telephone #3 is believed to be used by Steven SALYER, a methamphetamine distributor in Abingdon, Virginia.

2

## STATEMENT OF PROBABLE CAUSE

On February 3, 2004, Michael Allen WARREN was arrested in Russell County, VA for distribution of methamphetamine.

On May 6, 2012 Steven SALYER was the victim of a motor vehicle theft. While he made the report he provided the telephone number of (276) 608-4291 (Target Telephone #3) to the officer as being his phone number.

On April 5, 2013, Chadrick Lee Bartley and Steven SALYER were arrested in Abingdon, VA in possession of crystal methamphetamine. Pursuant to a search warrant executed on Bartley's cellular telephone, it was discovered that telephone number (276) 274-9815 (Target Telephone #1) was saved in Bartley's phone under the name "LARD".

On July 11, 2013, CS-1 was interviewed in Abingdon, VA. CS-1 stated that Carroll "Willie" Blevins was a methamphetamine cook and crystal methamphetamine ("ice") distributor in Abingdon, VA. CS-1 stated that Blevins' source of supply for "ice" was "LARD" (subsequently identified as Michael WARREN by CS-2).

On August 5, 2013, Carroll "Willie" Blevins was arrested in Washington County, VA in possession of precursors to manufacture methamphetamine. Subsequent to his arrest, Blevins was interviewed by DEA TFO Chris Parks. Blevins stated that he had purchased "ice" (crystal methamphetamine) from "LARD" on at least fifty (50) occasions.

A search of Blevins' cellular telephone revealed telephone number (276) 274-9815 (Target Telephone #1) saved in the Contacts' List under the name "Big M".

On August 14, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in that account from August 2 to August 14, 2013. The following is an excerpt from the search warrant results.

**August 08, 2013**

Target Telephone #1 to 602-206-8027 (subsequently identified as Larry GRAVES, methamphetamine source of supply in Phoenix, AZ), *"I screwed up thats my old address my new is 1438 instead of 1144 sorry"*
Target Telephone #1 to GRAVES, *"09746731863272, 28999110682507, 37950594327969"*
GRAVES to Target Telephone #1, *"Send me the tracking number when u get it"*

**August 13, 2013**

Target Telephone #1 to GRAVES, "*i need a tracking number and the amount of how much you sent and im gonna call you later we have to talk about something!!!*"

GRAVES to Target Telephone #1, "*what do you want to talk to me abount can you take 3 green dot cards*"

Target Telephone #1 to GRAVES, "*yes green dot cards are ok and its nothing brad i just can't talk right now*"

Target Telephone #1 to GRAVES, "*do u want me to send you some cards are send all 5000 in ups*"

GRAVES to Target Telephone #1, "*its to late for ups today if you want just settings all 5000 greendot if you can send me 3000 on greendots. i can go get that tonight and then the other two in the morning*"

Target Telephone #1 to GRAVES, "*no im not going and get 5 cards now but if you want to wait till tomorow when I got help ill send u all 5*

GRAVES to Target Telephone #1, "*i wsnt meaning all 5 tonight but 2 or 3b tonight would be good thst way i will be able to get the rest tomorrow*"

Target Telephone #1 to GRAVES, "*i have you all 5 of them by tomorow at 3pm i cant get all 5000 off in one day i need to get some tonight and the rest tomorrow please they ant nothing open you want me to go 30 miles let me see if i can get someone to go with me if not we get them tomorow at*"

GRAVES to Target Telephone #1, "*Ok*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES about the purchase of methamphetamine, shipment of methamphetamine and related payments.

On August 26, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from August 15 to August 26, 2013. The following is an excerpt from the search warrant results:

**August 15, 2013**

GRAVES to Target Telephone #1, "*how much did you send last night i only got 500*"
Target Telephone #1 to GRAVES, "*500 i owe u 500*"

4

GRAVES to Target Telephone #1, *"think so you said yesterday that you still owed me 5000 and you only sent 4500"*

**August 17, 2013**

Target Telephone #1 to GRAVES, *"41286962948632 thats for 500"*

**August 19, 2013**

GRAVES to Target Telephone #1, *"larry graves c/o value place 1360 n 43rd ave room 424 phoenix az. 85009"*

**August 20, 2013**

GRAVES to Target Telephone #1, *"say beach comer would you mind doing like we did last week send me 2000 dollars in greendot money cards and the rest you can overnights it to me and if u can do the tremendous asap i would appreciate my girl had to go to el paso and her car broke down i appreciate you"*

Target Telephone #1 to GRAVES, *"im notgoing to run all oven the place so we just wait till get back home"*

GRAVES to Target Telephone #1, *"wow whatt do you expect me to do with this pound of dope i have sitting in front of me so much for y'all having my back you know ok turned down your boy bill cause you asked me to that's 1200 bu i turned down that i could've made and i ask you to do this for me and you wanna god me this way that's fucked up mike"*

Target Telephone #1 to GRAVES, *"500 and the nbr 601 120 8679 7505, 500 and the nbr 550 432 7938 7657, 754 658 9515 5738\n3wood3autumn3, 673 226 5440 3493\n3wood3autumn3 there is 2 mores 500 totol is 2000"*

GRAVES to Target Telephone #1, *"did you get me some more numbers yet i'm on my way to wal-mart"*

Target Telephone #1 to GRAVES, *"77840495526049 is for1000, 71914046710548 that is for 1000 and the next two b the same, 14117362286466 is a 1000, 6640605746860, Got no more".*

**August 21, 2013**

Target Telephone #1 to GRAVES, *"8366 5499 5826 56 thats for a 1000, this is for 500 \n17336886048326"*

**August 22, 2013**

Target Telephone #1 to *276-608-4215*, *"just for get about it but dont come to me no more if u think u get oz for 768"*

GRAVES to Target Telephone #1,  *"hey i fuckin fell asleep what s up i talked to him about it being short and all he would say is there is no way that it was short but he would see what he could do"*

GRAVES to Target Telephone #1, *"if your able to if it s not the number that s causing the problem then i m gonna need you to do a western union and a money gram cause i gave marcus every dime i had earlier,  what are we going to do about the rest of the money"*

GRAVES to Target Telephone #1, *"hey man i need to know what to tell marcos about the rest of the money that we owe him"*

**August 24, 2013**

GRAVES to Target Telephone #1, *"Sunday you sent me 500 nmonday you sent me 2768 and i ve given him 6000 total and 1000 of the 6000 came out of the 2768 you sent me that all totals 9268, but you have to minus 1000 from the 9268 cause i give him 1000 of my own money does that make sense"*

GRAVES to Target Telephone #1, *"hey are you gonna be headed this way Monday"*

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES about payments owed for methamphetamine that had been supplied by GRAVES.

On September 9, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others.  In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from August 26 to September 9, 2013.  The following is an excerpt from the search warrant results:

**August 29, 2013**

Target Telephone #1 to GRAVES, *"Hey send me that address u want that send to and ill put it in box make sure to wt it make sure it right not short this time ol pal"*
GRAVES to Target Telephone #1, *"Ok il will send rite now"*
GRAVES to Target Telephone #1, *"Larry GRAVES c/o Value Place 1360 N 43rd Ave., Room 424, Phoenix, AZ, 85009"*
GRAVES to Target Telephone #1, *"Where do you want it to go"*
Target Telephone #1 to GRAVES, *"Jerry Rish, Rish LLC, 357 Hayter St., Abingdon, VA"*
GRAVES to Target Telephone #1, *"Ok it will be there tomorrow"*

GRAVES to Target Telephone #1, "*It weighs 448 – 24*"
Target Telephone #1 to GRAVES, "*Ok*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with GRAVES about the purchase of methamphetamine, shipment of methamphetamine and related payments.

**September 09, 2013**

Target Telephone #1 to GRAVES, "*Hey just to make sure do I owe you anymore I send u 500 then 5500 then 4000 is that right*"
GRAVES to Target Telephone #1, "*That's that will cover it*"
GRAVES to Target Telephone #1, "*Your not quitting me are ya*"
Target Telephone #1 to GRAVES, "*Hey Tracy said that she didn't use my phone number so here is the tracking number, 1ZA550R61504434723 and got to wait till ol lady gets her head right*"
GRAVES to Target Telephone #1, "*Ok I understand*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES about $10,000 owed to GRAVES for methamphetamine.

On September 24, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from September 15 to September 24, 2013. The following is an excerpt from the search warrant results:

**September 15, 2013**

Telephone number (480) 273-7905 (new number for Larry GRAVES) to Target Telephone #1, "*Hey it's Larry lets start using this number for business if you don't mind*"

**September 16, 2013**

Target Telephone #1 to GRAVES, "*Hey send me where u want this send to*"
GRAVES to Target Telephone #1, "*Ok*"
GRAVES to Target Telephone #1, "*Larry GRAVES 1360 North 43rd Avenue Room 424, Phoenix 85009*"
GRAVES to Target Telephone #1, "*Do u have a tracking number for me*"
Target Telephone #1 to GRAVES, "*1ZA550R61574532414*"
GRAVES to Target Telephone #1, "*Thanx*"
GRAVES to Target Telephone #1, "*Hey the blue is here he is bringing me some in a little bit*"

GRAVES to Target Telephone #1, "*The blue is here*"
Target Telephone #1 to GRAVES, "*Good that's what I want maybe tomorrow send me a pic*"
GRAVES to Target Telephone #1, "*I will soon as he gets here with it*"
Target Telephone #1 to GRAVES, "*Send me some I send you some ex money*"

Kevin Roark to Target Telephone #1, "*2180-2235-9432-80*"

Target Telephone #1 to GRAVES, "*2180-2235-9432-80*"

## September 18. 2013

Target Telephone #1 exchanged the following text messages with telephone number (602) 206-8027 (Larry GRAVES' other number):

GRAVES to Target Telephone #1, "*It is the blue and the weight is right but im not sending anything until you send me half the money which is six thousand you told me you had green dots and now your telling me your gonna put it in the box well you told me Saturday that you put it in the box and you didn't and these guys were ready to hurt me and im not gonna get hurt over your bullshit so that's the way it's gonna be from now on however much you send me is how much ima send u*"

Target Telephone #1 to GRAVES, "*How much did it wt*"

GRAVES to Target Telephone #1, "*451*"

GRAVES to Target Telephone #1, "*Mike I need a tracking number please*"

Target Telephone #1 to GRAVES, "*77482254182575 07276087010098*"

Target Telephone #1 to GRAVES, "*I told you that I was sending u some cards I've send u 4000 dam you will have your half b4 I get mine dam mine ant even showing it been pick up yet so dam what up with you*"

GRAVES to Target Telephone #1, "*There is nothing up with me except Mexicans breathing down my neck about there money and i sent. the whole time to you*"

Target Telephone #1 to GRAVES, "*I tell you what we b doing it for a long time but here laterlee it been never mind ive not fuck yal out off one penny so you can tell them im done with it if its going to b like this week after week I dont need it tell them they got 4000 and my dont even show its been send yet I will make sure just as soon as I get it you will b paid in full withthen two hr and im done*"

GRAVES to Target Telephone #1, "*Yours is showing on its way I sent you the right tracking number but here it is again*"

8

GRAVES to Target Telephone #1, "*I gave you the wrong tracking number this is the right one 1ZA1E7470142453234*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Kevin Roark regarding a payment due to Larry GRAVES for methamphetamine. I believe that Roark sent an account number to WARREN, who in turn sent it to GRAVES as payment for meth. I believe that WARREN utilized the text messaging service on Target Telephone #1 to communicate with GRAVES regarding future shipments of methamphetamine, including "blue" crystal meth.

On October 8, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from September 25 to October 8, 2013. The following is an excerpt from the search warrant results:

**September 27, 2013**

Target Telephone #1 to GRAVES, "*1ZA550R64108882460*"

Target Telephone #1 to GRAVES, "*Did u get that in the box*"

GRAVES to Target Telephone #1, "*Still waiting on it I still have til 7pm to get it to the main hub*"

Target Telephone #1 to GRAVES, "*Dam whats the hold up if not going to make it ill put a hold on the one I send today*"

GRAVES to Target Telephone #1, "*Ya know sometimes it takes a little longer and up to this point it s been right on time if you don't take it then I have to regardless of the situation please don't do me this way I'm still trying to get rid of the half pound from earlier in the week that you told me to wait on if it doesn't make it today I will have it picked up tomorrow*"

Target Telephone #1 to GRAVES, "*If not I don't want it im not going to do that u had all day and last night to get it so you want me to go ahead and let u have the money and me wait 4 day to get mine that's not going to happen I get it held till you get mine in box and get a number to ck on it then I rel mine*"

GRAVES to Target Telephone #1, "*I had all day huh I ordered it last night when u told me to and you say that about the money do u not trust me*"

GRAVES to Target Telephone #1, "*You tell me why we have to wait on half the money when u get all your dope at one time you are making no sense to me at all*"

9

GRAVES to Target Telephone #1, "*Your gonna wind up getting me killed mike I told them earlier they would have half there money now with you being this way I have a pound of dope that I cant get rid of what the fuck am I supposed to do*"

GRAVES to Target Telephone #1, "*Just to let you know I can take this back to them so you need to let me know if the money is gonna be here in the morning or not cause if I have to take it back them that will be all of the fronts I will have to have the money in hand if this is what happens the ball is in your court my friend so you let me know how you want to do this*"

Target Telephone #1 to GRAVES, "*Should have send it like you was suppose to do if it would have got in the box like it should have but some one fuck up not me I done what I said I would do don't know who out there fuck up you are Mexico so u want me to cover for someone out there fuck up not going to happen!*"

Target Telephone #1 to GRAVES, "*Take it back if you cant do what you was suppose to do my friend*"

GRAVES to Target Telephone #1, "*That's just it I did just exactly like I was supposed to do but I have let you get away with sending how ever much money you felt like you wanted to send and I never said a word to you about it your not gonna find anyone else to make it as simple and easy on you like I have done cause the man I deal with is just that he is the man he knows about every crumb that leaves this city and he is the one that fronts it to me in order for you to get a front just remember what I said about who I deal with out here if I get the money in the morning then you will have your package Monday cause the man said no more fronts for anyone so you choose what your gonna do it makes me no difference either way as to what you do*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES regarding their business relationship and the process by which GRAVES sent methamphetamine in exchange for money from WARREN.

**September 28, 2013**

Target Telephone #1 to GRAVES, "*Hey it will b there this morning*"
GRAVES to Target Telephone #1, "*Are you gonna schedule a pickup for the other 5000 today cause if you just drop it in the box it wont get picked up let me know*"
Target Telephone #1 to GRAVES, "*Did u send that*"
GRAVES to Target Telephone #1, "*Im waiting on UPS to pick it up the pick up is scheduled you will have it Monday morning*"
GRAVES to Target Telephone #1, "*Tracking number is U5603163869*"

10

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES regarding a payment for methamphetamine.

**October 4, 2013**

Telephone number (276) 274-6710 (prior telephone number utilized by Summer DELP) and WARREN exchanged the following text messages:

DELP to Target Telephone #1, "*I do nd work when ya get 2 it*"
Target Telephone #1 to DELP, "*Got it I put it in trl in 30 min if ya got anything for me put in trl and txt me I b there in min*"

**October 5, 2013**

DELP to Target Telephone #1, "*If you take care of Bob that takes from me I don't mess with but 4 ppl*"
Target Telephone #1 to DELP, "*I didn't give hem nothing I would do that to you you no me better than that*"

Target Telephone #1 to DELP, "*Owell im going to b out of town in bit if need anything let me no B4 I go in hr u*"
DELP to Target Telephone #1, "*Yea I do I have money 4 u nd much as u can*"
Target Telephone #1 to DELP, "*Ok you no where I put it in about 40 mins u can pick it up and put money in trk and put the lock on the door lock will be with your stuff*"
DELP to Target Telephone #1, "*I send 1550 make u 4 n all*"
DELP to Target Telephone #1, "*It there*"
Target Telephone #1 to DELP, "*It there put the lock on it*"

DELP to Target Telephone #1, "*They sumthing n it salty*"

**October 6, 2013**

DELP to Target Telephone #1, "*Nd work*"
Target Telephone #1 to DELP, "*Ok I get u some in min*"
Target Telephone #1 to DELP, "*Hey do ya want to meet me at my try*"

**October 7, 2013**

Target Telephone #1 to DELP, "*Hey whats up today*"
DELP to Target Telephone #1, "*Cl Sam nbr we headin out got 3 4 ya*"
DELP to Target Telephone #1, "*Cl me its there locked up key behind the tag*"
DELP to Target Telephone #1, "*I want sum out of ur pocket this has like lil pieces of salt or sumtng n it ppl start 2 complain*"

11

Target Telephone #1 to DELP, "*Hey the same as I got ive not done nothing to it you no me better than that*"

Target Telephone #1 to GRAVES, "*Hey guess we go ahead and send it tomorrow ill send u 5r6 tomrow and the rest weday hows that*"
GRAVES to Target Telephone #1, "*Ok that'll work can u greendot me 300 sometime today*"
Target Telephone #1 to GRAVES, "*I send u 500 in little bit try not to use as much salt this time*"
GRAVES to Target Telephone #1, "*I didn't use any salt why would you say that if there is salt in it I will say something to him right now*"
Target Telephone #1 to GRAVES, "*They was a little bit*"
Target Telephone #1 to GRAVES, "*56360739163137 that's for 400*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Summer DELP regarding the distribution of methamphetamine (referred to as "work" by DELP). I believe that DELP accused WARREN of stealing one of her four customers ("Bob"), and advised WARREN that the methamphetamine contained some salt as "cut" and her customers were complaining. I believe that DELP asked WARREN to call Sam's number (Sam ROSENBAUM, DELP's boyfriend and co-conspirator) and advised WARREN that they had $3,000.00 to give to WARREN. I believe that WARREN utilized Target Telephone #1 to communicate this to Larry GRAVES in an effort to receive better quality methamphetamine in the future.

On October 22, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from October 9 to October 22, 2013. The following is an excerpt from the search warrant results:

**October 10, 2013**

GRAVES to Target Telephone #1, "*Do you want a full one or a half*"
Target Telephone #1 to GRAVES, "*Full one if u can just let me no where to send money to*"
GRAVES to Target Telephone #1, "*Send the money to my house 6001 Pinchot Ave Phoenix AZ 85009*"

Target Telephone #1 to GRAVES, "*Ted Jones 361 Hayter St Abingdon VA 24210. Send me yours agine where u want it at*"
GRAVES to Target Telephone #1, "*8399 West Lynwood St Tolleson AZ 85353*"
Target Telephone #1 to GRAVES, "*Ok*"
GRAVES to Target Telephone #1, "*Larry Graves c/o Premiere Inn*"

GRAVES to Target Telephone #1, "*Just dropped it*"

Target Telephone #1 to GRAVES, "*1ZA550R61576475009 That's your tracking number*"
GRAVES to Target Telephone #1, "*Your tracking number is U5605150753*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES regarding the shipment of one (1) pound of methamphetamine.

## October 14 – 16, 2013

Target Telephone #1 to GRAVES, "*19143 Spoon Gap Rd Abingdov 24211. Just put Sam Johnson down for the name. Make sure its bag up good and tape up good*"
GRAVES to Target Telephone #1, "*I always do*"
Target Telephone #1 to GRAVES, "*1ZA550R61576642015*"
GRAVES to Target Telephone #1, "*Did you get it sent*"
GRAVES to Target Telephone #1, "*1ZRR12452210012905*"

GRAVES to Target Telephone #1, "*Hey would you be interested in a ½ of that blue stuff for a hell of a good pryce*"
Target Telephone #1 to GRAVES, "*71491480682504 374959617524 81260124734584*"
GRAVES to Target Telephone #1, "*Thanx friend I got em*"
Target Telephone #1 to GRAVES, "*Thank you*"
GRAVES to Target Telephone #1, "*Anytime…I will get that blue out to you in the morning*"
Target Telephone #1 to GRAVES, "*Just send mine with the address you have on file for me*"

Target Telephone #1 to GRAVES, "*361 Hayter St Abingdon VA 24210. Have u a tracking number in 20 mins*"
GRAVES to Target Telephone #1, "*Alright I'm abort to go meet him*"
Target Telephone #1 to GRAVES, "*Its blue right*"
GRAVES to Target Telephone #1, "*Yessir*"
Target Telephone #1 to GRAVES, "*Ok thanks*"
GRAVES to Target Telephone #1, "*U bet*"
Target Telephone #1 to GRAVES, "*1ZA550R61510309750*"
GRAVES to Target Telephone #1, "*U5605190148*"
GRAVES to Target Telephone #1, "*Its in the box*"
Target Telephone #1 to GRAVES, "*Thanks*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES about the shipment of methamphetamine from Arizona to Virginia. I believe that WARREN and GRAVES utilized their respective

telephones to exchange tracking numbers as they related to the delivery of meth and payments for the meth. I believe that when referring to "blue", GRAVES and WARREN were referring to a specific type of methamphetamine that is believed to be of a higher quality.

On November 6, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from October 23 to November 6, 2013. The following is an excerpt from the search warrant results:

**October 24, 2013**

> DELP to Target Telephone #1, "*Im ready*"
> DELP to Target Telephone #1, "*I have all 4 my 2 4u I put more 4 him 2 bring I nd at leas 3 to 4 if u can*"
> Target Telephone #1 to DELP, "*Who comeing to get it and how much cash*"
> DELP to Target Telephone #1, "*We are and hold on*"
> Target Telephone #1 to DELP, "*Ok I put in box when u get close*"
> DELP to Target Telephone #1, "*5300 I nd 3 to 4 if u can 4 me I gave him 1500 2 go with his p*"
> DELP to Target Telephone #1, "*I have 2 go 2 walmart later I can drop some mor n box later on what we get now its gone already wont b long at all I got u on payring u*"
> Target Telephone #1 to DELP, "*You got 4 in box need to get the money just as soon as I can im*"
> DELP to Target Telephone #1, "*Ok thanks 2 morrow u have most of my part which is 3 of these tomorrow evening that is*"
> DELP to Target Telephone #1, "*Got 5000 n getting ready 2 pull n bout 3 min*"
> Target Telephone #1 to DELP, "*Ok thanks*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Summer DELP regarding the distribution of methamphetamine. I believe that DELP advised WARREN that she had $5,300.00 that she owed to WARREN and needed three (3) to four (4) additional ounces of methamphetamine that she already had sold to her customers. Based on the text messages from DELP and Sam ROSENBAUM and interviews conducted it is believed that DELP and ROSENBAUM are in a romantic relationship and their illicit drug activities are in concert with one another.

**November 4, 2013**

> GRAVES to Target Telephone #1, "...*they are saying that the weight of the package is over the limit for the UPS package the limit is 1 pound so now I have*

*to do what I swore I would never do I have to go up there in the morning and get it and repackage it"*

GRAVES to Target Telephone #1, *"Here is your new tracking number 1ZRR12452210012996"*
Target Telephone #1 to GRAVES, *"Ok thanks"*
GRAVES to Target Telephone #1, *"Can you go ahead and send me some greenest numbers so I can get these people paid?"*
Target Telephone #1 to GRAVES, *"As soon as it shows up ill send u some numbes but its not showing nothing now"*

GRAVES to Target Telephone #1, *"Hey it's showing a pickup scan let's get this done so I can pay this guy"*
Target Telephone #1 to GRAVES, *"06291493660353 $500 59187136387420 $1000"*
GRAVES to Target Telephone #1, *"How long before you send more"*
Target Telephone #1 to GRAVES, *"51752285020267"*
Target Telephone #1 to GRAVES, *"What does that make 3000 right"*
GRAVES to Target Telephone #1, *"Yes that's right I need 1500 more"*

## November 5, 2013

GRAVES to Target Telephone #1, *"Man I need those numbers I hate to keep asking but they are blowing my phone up"*
Target Telephone #1 to GRAVES, *"I no what you are going to say when I ask you this what did it wt when you got it and what was the wt when u send it and"*
GRAVES to Target Telephone #1, *"It weighed 448 when I got it ans or weighed 420 when I sent it"*

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Larry GRAVES about the shipment of approximately one (1) pound of methamphetamine (approximately 453 grams) from Arizona to Virginia. I believe that WARREN utilized Target Telephone #1 to send Greendot numbers to GRAVES as payment for the methamphetamine.

On November 5, 2013, Target Telephone #1 exchanged the following text messages with Target Telephone #2 (Summer DELP) and Sam ROSENBAUM:

Target Telephone #1 to Target Telephone #2, *"How can I help u"*
Target Telephone #2 to Target Telephone #1, *"…No big deal.  Just ready to work. Wondering if I can today.  If not how u want me to get uors to u"*

Sam ROSENBAUM to Target Telephone #1, *"Yell when we good 2 go"*
Target Telephone #1 to Sam ROSENBAUM, *"When u want to get"*

Sam ROSEBAUM to Target Telephone #1, "*Wheneven you want to just let me no and ill put somewhere are meet dummy*"
Target Telephone #1 to Sam ROSENBAUM, "*Hey come on im in the back*"

Target Telephone #2 to Target Telephone #1, "*3 n box.  N 2 min. Thanx.  Just me*"
Target Telephone #2 to Target Telephone #1, "*You get it*"
Target Telephone #1 to Target Telephone #2, "*Yes*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Summer DELP on Target Telephone #2 and Sam ROSENBAUM regarding the distribution of methamphetamine.  I believe that ROSENBAUM picked up methamphetamine from WARREN at his residence, then DELP delivered $3,000.00 to WARREN's mailbox.

On November 22, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others.  In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from November 8 to November 22, 2013.  The following is an excerpt from the search warrant results:

**November 19, 2013**

GRAVES to Target Telephone #1, "*Did you get you package*"
Target Telephone #1 to GRAVES, "*Not yet cl me*"

Target Telephone #2 to Target Telephone #1, "*Any work yet we sure cld use it*"
Target Telephone #1 to Target Telephone #2, "*Soon*"

Target Telephone #1 to Sam ROSEBAUM, "*Hey whats tjp give me hr and cl me time to work*"
Sam ROSENBAUM to Target Telephone #1, "*If u wasent male I kiss u*"
Target Telephone #1 to Sam ROSEBAUM, "*Thank God im Mike*"
Sam ROSENBAUM to Target Telephone #1, "*Me and old lady need bout 4 2 6 text me when u ready*"
Target Telephone #1 to Sam ROSENBAUM, "*How about 2 and 2 need to get it paid back soon going to need it paid*"
Sam ROSENBAUM to Target Telephone #1, "*K that's what I talking 2 and 2 k with u ready call me*"
Target Telephone #1 to Sam ROSENBAUM, "*How long is it going to take you to get here*"
Sam ROSENBAUM to Target Telephone #1, "*Bout hr*"
Target Telephone #1 to Sam ROSENBAUM, "*Come this way*"

Target Telephone #2 to Target Telephone #1, "*2 and 2 huh, thanks*"

16

Target Telephone #2 to Target Telephone #1, "*Lol I just letting u now we coming together, he say if u wasn't male he wld kiss u, I's wld either way*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Summer DELP on Target Telephone #2 and Sam ROSENBAUM regarding the distribution of methamphetamine. I believe that WARREN received methamphetamine from Larry GRAVES, then advised ROSENBAUM that it had arrived ("time to work"). I believe that ROSENBAUM ordered four (4) to six (6) ounces of methamphetamine for himself and DELP to sell, but WARREN only had two (2) ounces for each of them.

On December 4, 2013, CS-2 was interviewed in Bristol, VA. CS-2 stated that within the last week, he/she had observed Michael WARREN in possession of two (2) large plastic bags full of crystal methamphetamine that he claimed he had received from Phoenix, AZ. CS-2 stated that he/she had observed Summer DELP in possession of approximately three (3) to five (5) ounces of methamphetamine at a time. CS-2 stated that he/she had observed Sam ROSENBAUM in possession of up to five (5) grams of methamphetamine.

CS-2 stated that one of WARREN's cellular telephone numbers was (276) 274-9815 (Target Telephone #1). CS-2 stated that one of DELP's cellular telephone numbers was (276) 525-5237 (Target Telephone #2). CS-2 did not have a telephone number for ROSENBAUM.

On December 6, 2013, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from November 23 to December 6, 2013. The following is an excerpt from the search warrant results:

**December 3, 2013**

Sam ROSENBAUM to Target Telephone #1, "*Need 4 when u can*"

Target Telephone #2 to Target Telephone #1, "*Hey you ready we head that way*"
Target Telephone #1 to Target Telephone #2, "*Not yet how much ya got*"
Target Telephone #2 to Target Telephone #1, "*Sam has everything, he said tell you I got ya 2000*"

Target Telephone #1 to Sam ROSENBAUM, "*Hey can u stop at Walgreen and get me 3 of them Netsprin 500 each to read load a card*"
Sam ROSEBAUM to Target Telephone #1, "*Yea*"

Target Telephone #1 to Sam ROSENBAUM, "*Ok let me now when u get to ex 17 and dummy meet u at Kmart*"
Sam ROSENBAUM to Target Telephone #1, "*Ok getting ready 2 leave*"

17

Target Telephone #1 to Target Telephone #2, *"Ok dummy going to meet ya at Kmart thanks"*

**December 4, 2013**

Target Telephone #1 to Sam ROSENBAUM, *"Hey I need that money do you want to get me some of them green dot cards"*
Sam ROSENBAUM to Target Telephone #1, *"Either way"*
Target Telephone #1 to Sam ROSENBAUM, *"Can u get me 3 of the green dou cards for 3000 then u can bring me the rest how long will it take u to get cards"*

Target Telephone #1 to Target Telephone #2, *"Hey how long b4 u get them numbes for greendot and could u send that rec with Tommy that dummy gave Sam last night"*
Target Telephone #2 to Target Telephone #1, *"He bought wrong cards, trying to figure how to fix it"*

Based on my training and experience, and my knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service on Target Telephone #1 to communicate with Summer DELP on Target Telephone #2 and Sam ROSENBAUM regarding the distribution of methamphetamine. I believe that ROSENBAUM ordered four (4) ounces of methamphetamine from WARREN, and DELP advised WARREN that she had $2,000.00 of drug money to pay him. I believe that WARREN had ROSENBAUM use drug proceeds to obtain money cards so that WARREN could forward the money electronically to Larry GRAVES. I believe that WARREN communicated with both ROSENBAUM and DELP regarding the money cards, and additionally asked DELP for a money card receipt from the night before.

On January 24, 2014, a search warrant was applied for and obtained in the Western District of Virginia or text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from January 24, 2014 to February 7, 2014. The following is an excerpt from the search warrant results:

**January 30, 2014**

Target Telephone #3 (Steven SALYER) to Target Telephone #1, *"IS DICK AROUND NEED TALK TO HIM BAD"*
Target Telephone #1 to Target Telephone #3, *"NO BUT I TELL HEM TO CL U WHO IS THIS"*
Target Telephone #3 to Target Telephone #1, *"STEVIE"*
Target Telephone #1 to Target Telephone #3, *"I WOULD LIKE TO HAVE THAT NUMBER OUT THERE IN NV"*

Based on my training and experience, and knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service of Target Telephone #1 to communicate with Steven SALYER on Target Telephone #3.  During the conversation SALYER identified himself as "Stevie".  WARREN told SALYER that he would like to have the number in NV, meaning the telephone number for SALYER's source of supply for methamphetamine in Las Vegas, NV.

**January 30, 2014**

Target Telephone #1 to Target Telephone #3, *"YOU GOT ANYTHING"*
Target Telephone #3 to Target Telephone #1, *"HOW MUCH U NEED"*
Target Telephone #1 to Target Telephone #3, *"HOW MUCH FOR A BALL"*
Target Telephone #1 to Target Telephone #3, *"WELL I TAKE 2 G IF YOU GOT IT"*
Target Telephone #3 to Target Telephone #1, *"LET ME SEE"*
Target Telephone #3 to Target Telephone #1, *"I GOT 4 HALFS CUT OUT IF YOU WANT THEM. DOING G'S KILL MY PROPHIT MARGINE I NEED MAKE SOMETHING RIGHT NOW TO GET STRAIGHT OUT"*
Target Telephone #1 to Target Telephone #3, *"HOW MUCH U WANT"*
Target Telephone #3 to Target Telephone #1, *"$200"*
Target Telephone #3 to Target Telephone #1, *"YOU WANT ME TO BRING IT BY?"*
Target Telephone #3 to Target Telephone #1, *"I'VE GOT A CAR RIGHT NOW DON'T KNOW FOR HOW LONG THOUGH"*
Target Telephone #1 to Target Telephone #3, *"THATS OK NEED MORE THAN THAT"*
Target Telephone #3 to Target Telephone #1, *"I CAN DO A HALF B $240"*
Target Telephone #1 to Target Telephone #3, *"THATS OK THANKS"*
Target Telephone #3 to Target Telephone #1, *"SORRY I CAN'T HELP U SHOULD HAVE LET ME KNOW BFOR THIS LATE BUDDY LOL TO LATE TO B OUT AND ABOUTV"*

Based on my training and experience, and knowledge of this investigation I believe that Michael WARREN utilized the text messaging service of Target Telephone #1 to communicate with Steven SALYER on Target Telephone #3.  During the conversation they discussed WARREN buying methamphetamine from SALYER.  SALYER stated to WARREN that he would sell him four half grams (2 grams) of methamphetamine for $200.00.  WARREN told SALYER that he needed more methamphetamine than that.

**February 16, 2014**

Target Telephone #3 to Target Telephone #1, *"YOU HAVE ANYTHING?"*
Target Telephone #3 to Target Telephone #1, *"GIVE YA 350 FOR ONE"*
Target Telephone #3 to Target Telephone #1, *"I NEED YOU TO HELP ME OUT WITH SOMETHING PLEASE"*

19

Target Telephone #1 to Target Telephone #3, *"WHO IS THIS"*
Target Telephone #3 to Target Telephone #1, *"STEVIE"*
Target Telephone #1 to Target Telephone #3, *"HELL I CAN'T HELP MYSELF WHAT DO YOU NEED HELP WITH"*
Target Telephone #3 to Target Telephone #1, *"I NEED SOME OF THAT STUFF I SOLD OUT AND BE TUESDAY BEFORE I GET MORE IN I GOT MONEY I M JUS NOW GETTING BACK ON MY FEET AND WAITING FOR MINE WILL BREAK ME TRYING PAY BILLS AND STUFF"*
Target Telephone #1 to Target Telephone #3, *"I'VE BEEN LOOKING FOR SOME FOR TWO WEEKS WHY DON'T YOU HOOK ME UP WITH YOUR MAN OUT THERE I'LL MAKE IT WORTH YOUR TIME I'LL B OUT THERE WED"*
Target Telephone #1 to Target Telephone #3, *"I NO I LOST 20000 IN TWO WEEKS"*
Target Telephone #3 to Target Telephone #1, *"I'LL SEE IF HE STILL UP AND TALK TO HIM SEE WHAT HE SAYS LET YA KNOW IN MIN"*

Based on my training and experience, and knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service of Target Telephone #1 to communicate with Steven SALYER on Target Telephone #3. I believe that SALYER offered $350.00 to WARREN for one "8 ball" (1/8 ounce) of methamphetamine. SALYER told WARREN that he was out of methamphetamine and would not be receiving any more for a few days. WARREN told SALYER that he had been out of methamphetamine for two weeks and had lost $20, 000.00. WARREN asked SALYER to "hook him up" with his man out there (Las Vegas, NV). SALYER told WARREN that he would contact his source of supply and see what he could do.

On February 21, 2014, a search warrant was applied for and obtained in the Western District of Virginia for text messages stored in the accounts of Target Telephone #1 and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from February 8 to February 21, 2014. The following is an excerpt from the search warrant results:

**February 8, 2014**

Target Telephone #2 to Target Telephone #1, *"HEY ADDRESS IS 6001 RITE I GOT REST"*
Target Telephone #1 to Target Telephone #2, *"6001 WEST"*
Target Telephone #1 to Target Telephone #2, *"YOU BETTER B HERE BEFORE 11AM"*

Based on my training and experience, and knowledge of this investigation, I believe that Summer DELP used the text messaging service of Target Telephone #2 to contact Michael WARREN using the text messaging service of Target Telephone #1. During the exchange DELP confirmed the address of 6001 West. Based on earlier text messages, 6001 West Pinchot Ave., Phoenix, AZ was given by Larry GRAVES as his home address. WARREN tells DELP to be at the address by 11:00am.

20

**February 12, 2014**

Target Telephone #1 to Target Telephone #2, *"HEY BRIRG ME 800 WORTH"*
Target Telephone #2 to Target Telephone #1, *"GREEN OROTHER"*
Target Telephone #1 to Target Telephone #2, *"OTHER WHAT I LIKE BUT
NEED SOME GREEN TO BUT 800 FOR ME"*
Target Telephone #2 to Target Telephone #1, *"OK"*
Target Telephone #1 to Target Telephone #2, *"WHEN YOU GOING TO GET
HERE"*

Based on my training and experience, and knowledge of this investigation, I
believe that Michael WARREN utilized the text messaging service of Target Telephone
#1 to contact Summer DELP using the text messaging service of Target Telephone #2.
During the exchange they talk about DELP bringing WARREN "green", meaning
marijuana.

**February 20, 2014**

Target Telephone #1 to Target Telephone #2, *"HEY I NEED THEM BILLS YOU
GOT LET ME NO SOMETHING AS SOON AS YOU CAN"*

Based on my training and experience, and knowledge of this investigation, I
believe that Michael WARREN used the text messaging service of Target Telephone #1
to contact Summer DELP on Target Telephone #2.  WARREN advised DELP that he
needed the "BILLS" (money) as soon as she can get it to him.

**February 21, 2014**

Target Telephone #1 to GRAVES, *"LARRY CAN I TRUST YOU AND BFOR
YOUASWER THAT THINK ABOUT IT HAVE I EVER FUCKED YOU BEFOR
THEM TWO GOT LOST NO I DID NOT YOU GOT EVER PENNY I OWE YOU
AND EX BUT I WANT TO NO AS GOOD AS I WAS TO YOU DO YOU THINK I
SHOULD HAVE GOT DONE THE WAY U DID I WANT TO NO WHAT YOU
THINK"*

GRAVES to Target Telephone #1, *"YES MIKE YOU CAN TRUST ME THE WAY
I WANT TO DO THIS IF IT'S OK WITH YOU I WANT YOU TO DECIDE
WHERE U WANT TO MEET AT THEN I WILL CALL MY PERSON I WILL
HAVE THEM COME TO WHERE WE ARE AT AND THAT WAY YOU WON'T
HAVE TO TURN ANY MONEY LOOSE WITHOUT IT BRING RIGHT THERE
SAME GOES FOR ME AND HER BUT THINK ABOUT THIS MIKE YOU'VE
TRUSTED ME BEFORE WITH CLOSE TO 20000 DOLLARS AT TIMES JUST
TELL ME WHEN AND WHERE AND I WILL GET IT DONE"*

Target Telephone #1 to Target Telephone #2, *"IF YOU CAN GET ANY CASH GAT A NETSPEND RECHARVEABLE"*

Target Telephone #2 to Target Telephone #1, *"I'M GOING TO SEE IF I CAN"*

Target Telephone #1 to Target Telephone #2, *"IF NOT I NEED TO GET THEM TO HER SO SHE CAN TAKE TO SOMEONE"*

Based on my training and experience, and knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service of Target Telephone #1 to contact Summer DELP on Target Telephone #2 and Larry GRAVES. During the exchange WARREN asks DELP to send him money via a Netspend card. This is a common method of money transactions used by WARREN to pay for his methamphetamine purchases. WARREN and GRAVES discuss a meeting spot of WARREN'S choosing for the methamphetamine transaction. GRAVES tells WARREN that once they are at the meeting spot he will call his source of supply and she will bring the methamphetamine. With the meeting happening in this fashion no money or drugs has to be given ahead of the other.

**February 21, 2014**

Target Telephone #1 to GRAVES, *"HEY CAN YOU RIDE EAST TO WHERE WE WAS GOING TO MEET THAT DAY"*

GRAVES to Target Telephone #1, *"I'M ON MY BIKE MY CAR US IN THE SHOP"*

Target Telephone #1 to GRAVES, *"I JUST HOPE YOU DON'T TRY TO DO SOME STUIP SHIT JUST GOT FEELING"*

GRAVES to Target Telephone #1, *"LOOSE THAT FEELING I'M NOT GONNA DO ANYTHING STUPID AND I WILL PUT THAT IN MY DAUGHTERS LIFE AND U KNOW HOW MUCH I LOVE HER"*

GRAVES to Target Telephone #1, *"IM ABOUT TO CALL HER WHAT TIME DO U WANT ME TO TELL HER TO MEET ME"*

Target Telephone #1 to GRAVES, *"DAM I'M NOT ON NO TIME I LET YOU NO WHEN I GET THERE SO NOW YOU NO WHEN I CL YOU THA6 MENDS IM THERE"*

GRAVES to Target Telephone #1, *"OK I'M SORRY I DIDN'T MEAN TO RUSH U MY BAD"*

GRAVES to Target Telephone #1, *"I WAS JUST GONNA LET U KNOW THAT I'M ON MY WAY TO THE FLYING J TO GET A UPS ENVELOPE AND IF U*

*SEE ME I'M NOT CHECKING UP ON U I JUST HAD TO GET A ENVELOPE THEY WERE OUT AT 59TH"*

Target Telephone #1 to GRAVES, *"WE DON'T NEED ONE I'M JUST GOING TO TAKE IT WITH ME WHY ANT YOU"*

Based on my training and experience, and knowledge of this investigation, I believe that Michael WARREN utilized the text messaging service of Target Telephone #1 to contact Larry GRAVES. During the exchange they discuss meeting at a Flying J Truck Stop for WARREN to purchase methamphetamine. WARREN tells GRAVES that he will take the methamphetamine with him rather than have it sent via UPS.

**February 21, 2014**

Target Telephone #1 to GRAVES, *"I GUESS I'VE GOT 500 CASH AND TWO COMCK 1500 AND 1000 TRYING TO DO SOME THING"*

GRAVES to Target Telephone #1, *"WHEN DO U THINK YOU WOULD HAVE THE OTHER 2000"*

Target Telephone #1 to GRAVES, *"MONDAY MORNING. MAY E SOONER"*
GRAVES to Target Telephone #1, *"OK LET ME CHECK AND SEE WHAT SHE SAYS"*

Target Telephone #1 to GRAVES, *"OK THANKS"*

GRAVES to Target Telephone #1, *"ARE U AT THE J"*

Target Telephone #1 to GRAVES, *"NO I WILL B IN ABOUT HR"*

GRAVES to Target Telephone #1, *"OK GIVE ME JUST A MINUT AND I WILL GIVE U AN ANSWER"*

Target Telephone #1 to GRAVES, *"OK"*

Target Telephone #1 to GRAVES, *"I GOT A NEW CB RADIO 600 DOLLARS YOU CAN HOLD IT"*

GRAVES to Target Telephone #1, *"HERE'S THE DEAL SHE CAN ONLY GET WHATEVER SHE HAS THE MONEY FOR IN ITHER WORDS IF SHE GETS A LB FROM HIM THEN SHE HAS TO BRING BACK WHATEVER IT IS THE HE SELLS IT TO HER FOR I CAN GO TO UNCLE AND GET IT BUT AS SOON AS I PUT TNE MONEY IN HIS HAND I'M AFRAID THAT HE GONNA PUT IT TOWARD WHAT I OWE HIM NO MATTER WHOSE MONEY I TELL HIM IT IS AND I DON'T WANT TO TAKE THAT CHANCE I CAN GET YOUA HALF FOR*

*3000 OR A FULL ONE FOR 5000 IF YOU WANT THE HALF I WILL HAVE IT THERE WHEN U GET THERE"*

Target Telephone #1 to GRAVES, *"YOU NO THE COMCK WANT B GOOD TILL I GET LOADED BUT JUST AS SOON AS I GET LOADED ITS GOOD TO IT WILL B GOOD B8AM IF YOU WANT TO DO HALF"*

GRAVES to Target Telephone #1, *"OK I WILL DO THAT CAN I HAVE MY GUN BACK PLEASE"*

GRAVES to Target Telephone #1, *"YOU SAY U WILL BE THERE IN AN HOUR I WILL BE SITTING THERE WAITING FOR YOU WHEN U GET THERE"*

Target Telephone #1 to GRAVES, *"I'LL BRING YOU YOUR GUN ARE THE HEL WITCH EVEN ONE YOU WANT I B BACK OUT SAT I'VE GOT TO RUN HARD FOR MORE NEED MONEY PAY HOSP BILL"*

GRAVES to Target Telephone #1, *"I WOULD LIKE TO HAVE THE HELICOPTER"*

Based on my training and experience, and knowledge of this investigation, I believe that Michael WARREN contacted Larry GRAVES using the text messaging service of Target Telephone #1. During the exchange they talk about the money that will be exchanged for methamphetamine and how the money has to be there when the exchange takes place. They also talk about WARREN giving GRAVES his gun back that WARREN has.

On February 25, 2014, members of the Richland, Mississippi Police Department (RPD) contacted SA Todd Brewer, DEA BPOD. During this exchange it was learned that RPD had stopped Michael WARREN for a traffic violation. During the traffic stop WARREN was found to have a small amount of crystal methamphetamine in his possession. WARREN was arrested. During his arrest and incarceration, a female, who identified herself as Summer DELP contacted RPD. DELP represented herself as an employee of WARREN'S trucking company and inquired about the release of the truck WARREN was driving. Within 24 hours of WARREN being stopped and arrested DELP and Tracy SPENCER (girlfriend of WARREN) arrived in Richland, Mississippi and the truck was released to their custody.

On or about March 6, 2014, Agents received records from Western Union Money Transfers. These records indicate that between October 11, 2013 and November 15, 2013, Steven SALYER transferred money from Abingdon, Virginia to Las Vegas, Nevada. During the transfers SALYER provided the phone number (276) 608-4291 (Target Telephone #3) to Western Union as his telephone number.

24

### Verizon Wireless Electronic Communications

In my training and experience, I have learned that Verizon Wireless is a company that provides cellular telephone access to the general public, and that stored electronic communications, including retrieved and unretrieved voicemail and text messages for Verizon Wireless subscribers may be located on the computers of Verizon Wireless. Further, I am aware that computers located at Verizon Wireless contain information and other stored electronic communications belonging to unrelated third parties.

Among the services commonly offered by wireless phone providers is the capacity to send short text or multimedia messages (photos, audio, or video) from one subscriber's phone or wireless device to another phone or wireless device via one or more wireless providers. This service is often referred to as "Short Message Service" ("SMS") or "Multimedia Messaging Service" ("MMS"), and is often referred to generically as "text messaging" or "wireless messaging."

I have spoken with representatives of Verizon Wireless and understand that during the regular course of business they may possess up to five (5) days of stored electronic communications, namely text messages.

On March 6, 2014, a letter was sent to Verizon Wireless requesting that they preserve all historical electronic communications associated with the Target Telephone(s), pursuant to Title 18 United States Code (USC) 2703(f).

### LOCATION TO BE SEARCHED AND THINGS TO BE SEIZED

I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Verizon Wireless to disclose to the government copies of the records and other information (including the content of communications) particularly described in Attachment A. Upon receipt of the information described in Attachment A, the information described in Attachment B will be subject to seizure by law enforcement.

### CONCLUSION

Based on my training and experience, I know that those involved in drug trafficking activities commonly use cellular telephones, to include the text messaging capabilities, to contact others to discuss and arrange drug transactions and to further their illicit drug business. I also know that it is common for those involved in drug trafficking activities to change cellular telephones and telephone numbers frequently to avoid detection by law enforcement.

Based on the foregoing, there is probable cause to believe that the stored electronic communications, specifically stored text messaging and the associated packet data for the Target Telephone(s), contain evidence of drug trafficking, specifically violations of Title 21 USC 841 and 846, Distribution of Methamphetamine and Conspiracy to Distribute Methamphetamine, respectively.

REQUEST FOR SEALING

It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time. Based upon my training and experience, I have learned that, online criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on March      , 2014, at Abingdon, Virginia.

_____
Christopher L. Parks, Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ___ DAY OF MARCH, 2014

_____
HONORABLE JUDGE PAMELA MEADE SARGENT
UNITED STATES DISTRICT COURT IN THE
WESTERN DISTRICT OF VIRGINIA

Reviewed by: _____
/s/ Dennis Lee
Assistant United States Attorney
Western District of Virginia, Abingdon

26